UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENDA L. REICH,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GREYSTONE NEVADA, LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-02555-APG-VCF<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of the response to the second order to show cause (ECF No. 11),

IT IS ORDERED that the second order to show cause (ECF No. 10) is deemed satisfied. I will not remand this action for lack of subject matter jurisdiction at this time. However, the parties remain responsible for establishing this court's jurisdiction exists.

DATED THIS 17th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE