J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
NEWMEYER & DILLION LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLENDA L. REICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTONE NEVADA, LLC; LENNAR SALES CORP.; and DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02555-APG-VCF<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, GLENDA L. REICH, and Defendant GREYSTONE NEVADA, LLC and LENNAR SALES CORP., by and through their respective counsels of record, that all claims in Plaintiff GLENDA L. REICH's Complaint are hereby dismissed from the above-captioned matter with prejudice, each party to bear its own fees and costs.

///

///

///

///

///

7428521.1

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for purposes of delay.

Dated this 6 day of March, 2018.

BERNSTEIN & POISSON

By: _____
SCOTT L. POISSON, ESQ. SBN 10188
SEAN J. AKARI, ESQ. SBN 13300
700 S. Jones Blvd.
Las Vegas, NV 89107

Attorneys for Plaintiff GLENDA L. REICH

Dated this 16th day of March, 2018.

NEWMEYER & DILLION LLP

By: _____
J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 19, 2018.

7428521.1

- 2 -